**Order entered December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00225-CR

**SERGIO GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1658674-I**

## ORDER

The State's Second Motion for Extension of Time to File Brief filed on December 4, 2017 in the above referenced cause is **GRANTED**. The State's brief tendered with the motion is deemed timely filed as of the date of this order.

/s/   MOLLY FRANCIS
      PRESIDING JUSTICE